**Order entered September 13, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01442-CR

**ROY EDWARD BRADY JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F11-45806-Y**

## ORDER

We **ORDER** the Dallas County District Clerk to file a supplemental clerk's record, within **FIFTEEN DAYS** of the date of this order, that contains the Nunc Pro Tunc judgment that corrected the back time credit.

/s/     CRAIG STODDART
        JUSTICE